IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RICKARD D. ANDERSON, | No. C 08-05250 SBA (PR) |
| | **ORDER OF DISMISSAL** |

  Petitioner Rickard D. Anderson has filed a document entitled "Petition for a Writ of Habeas Corpus." Petitioner has also filed an application to proceed <u>in forma pauperis</u> (IFP). In the petition form he writes nonsensical phrases with no clear relationship to each other.

  Nowhere does Petitioner assert identifiable federal claims or make coherent factual allegations that could give rise to valid habeas corpus or civil rights claims. Nor does he allege the exhaustion of State remedies, which is a prerequisite to filing a federal habeas corpus action. 28 U.S.C. § 2254(b). In addition, Petitioner has filed well over one hundred complaints in this Court since 2003, all of which have been unintelligible. It is difficult to ascertain from Petitioner's complaints who he is seeking relief from or what relief he is seeking. These filings serve no reasonable litigation purpose, and they impose an unreasonable burden on the Court and its staff. Furthermore, based on Petitioner's past history of failing to respond to this Court's orders to amend unintelligible complaints, the Court finds that granting Petitioner leave to amend would be futile.

  Accordingly, the instant action is DISMISSED WITHOUT PREJUDICE. Petitioner's IFP application is GRANTED. The Court has rendered its final decision on this matter; therefore, this

1  Order TERMINATES Petitioner's case.  The Clerk of the Court shall terminate all pending motions
2  and close the file.
3      IT IS SO ORDERED.
4  DATED: 12/8/08

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKARD D ANDERSON,    Plaintiff, | Case Number: CV08-05250 SBA |
| v. | **CERTIFICATE OF SERVICE** |
| STATE OF CALIFORNIA et al,    Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rickard Dennis Anderson F-11871
Mule Creek State Prison
P.O. Box 409040
4001 State Highway 104
Ione, CA 95640

Dated: December 8, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Anderson5250.DISSMISS.unintelligible.frm